```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC# _____
                                                    DATE FILED: 6/3/08
------------------------------------------- x
TOMMY SMITH & KATHERINE ANN SMITH,          :

                Plaintiffs,                 :       08 Civ. 4786 (BSJ) (AJP)

        -against-                           :       ORDER

GENERAL ELECTRIC COMPANY, GE HEALTH CARE, INC. :
& GE HEALTH CARE AS,
                                            :
                Defendants.
                                            :
------------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

This case has been referred to me by Judge Jones for general pretrial purposes.

The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter.

As soon as defendant has responded to the complaint or counsel for defendant has appeared, whichever first occurs, the parties shall call my secretary (at 212-805-0036) to schedule the Initial Pretrial Conference.

Plaintiff is to serve this Order on defendant or defendant's counsel.

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED:   New York, New York
         June 3, 2008

                                            _____
                                            Andrew J. Peck
                                            United States Magistrate Judge

Copies **by fax & ECF** to:   Scott D. Levensten, Esq.
                              Judge Barbara S. Jones

C:\ORD\Referral Notice